

RECEIVED
CLERK'S OFFICE

2017 MAY 17 PM 1:05

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Rodney-Michael: McColligan
Plaintiff Pro Se,

vs.

STATE HOME MORTGAGE AND
GEORGIA HOUSING AND
FINANCE AUTHORITY,

Defendants

CIVIL ACTION NUMBER
5:17-cv-00161-CAR

Rodney- Michael: McColligan v.
STATE HOME MORTGAGE et al

## AMMENDMENT 1 TO COMPLAINT:

AMMENDMENT to COMPLAINT submitted TO HOUSTON COUNTY SUPERIOR COURT, dated 27 March 2017, Case # 2017-V-116147A, removed by defendant on 26 April 2017, before receipt of action summons on 1 May 2017, on 3rd attempt.

Comes now Rodney- Michael: McColligan, ammending complaint, making note that complaint was removed from the court in which it was filed by the defendant, days prior to being served with Summons by Houston County Superior Court.

Since the time the complaint had been filed, defendant has since proceeded on presumption that the security deed they hold is valid and in effect. It is the belief of the plaintiff is that such presumption is improper, and that the plaintiff holds true ownership to the property at 111 Glendale Court in Warner Robins, GA, Houston County [31088].

On April 3, 2017, Plaintif filed an acknowledgement of deed, completing a 2 party agreement between seller and buyer, Rodney Michael McColligan, a completed contract.

On April 4, 2014, property was by McCalla Raymer Liebert Pierce, LLC "sold" under power of the security deed (on behalf of the defendants, to one of the defendants,) which was presumed by them to be a document of binding power, given that a presumed valid debt was unpaid.

Further, on May 5, 2017, a foreclosure document Deed Under Power, was filed.

Given that it is presumed and has not been proven or disproven that the debt and deed are in fact valid, it is to be determined through discovery and litigation whether or not the actions of the defendant are legal and / or lawful.

It should also be made record that I am a Private American National, and Secured Party Creditor, not a 14th Ammendment US Citizen, nor a Citizen of the State of Georgia or any other state. I operate under common law, and there is under way an attempt to steal my property from me. It is my intent to hold accountable liars, thieves, and violators of my common law rights, civil rights, Constitutional and inalienable rights when there is a violation, as was case under which all this litigation has been filed.

This whole case arises out of the refusal of the defendants and their agents to validate the debt claim delivered to State home Mortgage on 4 Aug, 2016, resulting in further communications and litigation, and now the clouded sale and foreclosure on my property, with expected attempt to remove me from it.

Signature Verification

"I declare under the penalties of perjury that this petition has been examined by me and that its contents are true to the best of my information, knowledge, and belief."

Done this 17th Day of May 2017, I Rodney- Michael: McColligan under penaltiy of purjury in accordance to the united States of America De jure, Title 28 U.S.C. section 1746(1) that the foregoing is true and correct to the best of my belief.

Signed: _Rodney-Michael: McColligan_
Rodney- Michael: McColligan Without Prejudice UCC 1-308
Phone: 478-336-3403

On the 17th Day of May in the year 2017, Rodney- Michael: McColligan personally appeared before me and signed the above document by placing his signature herein.

Notary: _____    SEAL:    DONNA E NIEVES
                                      NOTARY PUBLIC-GEORGIA
                                      HOUSTON COUNTY
                                      My Commission Exp. 7/13/19

Witness: _____