IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| RODNEY M. McCOLLIGAN, | * |
| Plaintiff, | * |
| v. | Case No.  5:17-CV-161-CAR |
| | * |
| STATE HOME MORTGAGE and GEORGIA HOUSING AND FINANCE AUTHORITY, | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated August 15, 2017, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 16th day of August, 2017.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk